GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: ARASTU K. CHAUDHURY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2633
Facsimile: (212) 637-2717
E-mail: arastu.chaudhury@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE DISTRICT | : | M 93 |
| COURT IN PIASECZNO, POLAND | : | |
| IN THE MATTER OF MACIEJ POGODA | : | No. 19-mc-563 |
| v. KATARZYNA POGODA | : | |

-------------------------------------------------------x

Upon the accompanying declaration of Arastu K. Chaudhury, executed on December 10, 2019, the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Arastu K. Chaudhury, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the District Court in Piaseczno, Poland, seeking information from Morgan Stanley, in New York, New York, in connection with a proceeding pending in that court captioned "Maciej Pogoda v. Katarzyna Pogoda."

Dated:  New York, New York
        December 10, 2019

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney for the
                Southern District of New York

By:    /s/ Arastu K. Chaudhury
       ARASTU K. CHAUDHURY
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.:  (212) 637-2633
       Fax:  (212) 637-2717
       E-mail: arastu.chaudhury@usdoj.gov