UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                              :        *EX PARTE* ORDER
                                                    :
LETTER ROGATORY FOR                                 :        M 93
INTERNATIONAL JUDICIAL                              :
ASSISTANCE FROM THE DISTRICT                        :
COURT IN PIASECZNO, POLAND                          :
IN THE MATTER OF MACIEJ POGODA                      :
v. KATARZYNA POGODA                                 :
------------------------------------------------------x

        WHEREAS, the United States of America, by its attorney, Geoffrey S. Berman,

United States Attorney for the Southern District of New York, on behalf of the District Court in

Piaseczno, Poland, is seeking to obtain information from Morgan Stanley, in New York, New

York, for use in connection with a judicial proceeding pending in that court captioned "Maciej

Pogoda v. Katarzyna Pogoda";

        NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a)

and Rule 28(a) of the Federal Rules of Civil Procedure, that Arastu K. Chaudhury, Assistant

United States Attorney, Southern District of New York, be and hereby is appointed as

Commissioner, to take such lawful steps as are necessary to obtain information from Morgan

Stanley and to submit said information to the United States Attorney for the Southern District of

New York for transmission to the United States Department of Justice or its designee.

        IT IS FURTHER ORDERED that the United States Attorney's Office shall serve

Morgan Stanley with a copy of this Order and the accompanying documents.

Dated: New York, New York
      December 23, 2019

 

_____
UNITED STATES DISTRICT JUDGE